# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SOUTHERN SURGICAL HOSPITAL

VERSUS

MESA LINE SERVICES, LLC AND
ESIS, INC.

NO.   2023 CW 0177

**APRIL 24, 2023**

---

In Re:   Proforce, LLC and Starr Indemnity & Liability,
applying for supervisory writs, Office of Workers'
Compensation, District 6, No. 22-00788.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT